IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| TETRONICS (INTERNATIONAL) LIMITED | * * | |
| PLAINTIFF | * * | |
| V. | * * * | CASE NO. 4:20CV00530 SWW |
| BLUEOAK ARKANSAS LLC DEFENDANT | * * * * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that default judgment is entered in favor of Plaintiff Tetronics (International) Limited.

IT IS FURTHER ordered that the final arbitral award issued on April 17, 2020 by the International Court of Arbitration of the International Chamber of Commerce in arbitration case number 23366/MK, *see* Complaint, Ex. A, is CONFIRMED pursuant to the Federal Arbitration Act, 9 U.S.C. § 207.

IT IS FURTHER ORDERED that, in accordance with final arbitral award, judgment is granted in favor of Plaintiff Tetronics (International) Limited in the following amounts:

1.  Defendant BlueOak Arkansas LLC is ordered to pay Tetronics the sum of £2,111,392 as damages for breach of contract.

2.  BlueOak is ordered to pay to Tetronics the sum of £3,080,000 as damages for a wrongful draw on a bond.

3.  BlueOak is ordered to pay to Tetronics pre-award interest in the amount of £503,810.

4.  BlueOak (jointly with affiliate BlueOak Resources) is ordered to pay Tetronics $850,000 (USD) for legal and other costs.

5.  BlueOak (jointly with affiliate BlueOak Resources) is ordered to pay Tetronics $141,100 (USD) for arbitration costs and fees.

IT IS SO ODERED THIS 28th DAY OF SEPTEMBER, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE